IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GLENN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:16-cv-98-NJR-DGW |
| | ) | |
| DR. COE, NURSE PHILLIPE, and DR. FENOGLIO, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before he Court is the Motion to Supplement Complaint filed by Plaintiff on March 11, 2016 (Doc. 17), the Motion for Order filed by Defendants on March 25, 2016 (Doc. 24) and the Motion for Discovery filed by Plaintiff on March 30, 2016 (Doc. 26).

Plaintiff filed a Complaint alleging that he was not given adequate medical care for chronic anemia while he was housed at the Lawrence Correctional Center around 2015.  He now seeks to supplement his complaint to add the same claim as to the treatment that he is receiving at the Pontiac Correctional Center, where he is now housed.  It is clear that Plaintiff is alleging that persons other than the named Defendants were responsible for the medical care that he received at Pontiac CC.  Therefore, notwithstanding the title, Plaintiff is seeking to amend his complaint pursuant to Federal Rule of Civil Procedure 15.  Local Rule 15.1 requires the Plaintiff to submit to the Court a proposed amended complaint, along with a motion to amend, that would set forth all claims that Plaintiff wishes to pursue in this lawsuit.  Plaintiff should include a list of Defendants, the claims he is making and a prayer for relief – the proposed amended complaint should conform to Rule 8.  Once Plaintiff has filed a motion to amend, and submitted a proposed amended

complaint, Plaintiff's new claims will be considered. The Motion is **DENIED WITHOUT PREJUDICE** (Doc. 17).

Plaintiff also has filed a Motion for Discovery. Plaintiff is instructed to send his discovery requests directly to Defendants' counsel – it is unnecessary to file such requests with the Court. Only request for admission under Federal Rule of Civil Procedure 36 and responses thereto shall be served and filed with the Clerk of Court. This Motion is **DENIED** (Doc. 26).

Finally, Defendants seek a HIPAA qualified protective order. Good cause having been shown, the Motion is **GRANTED** (Doc. 24) and a protective order shall issue by separate docket entry.

**IT IS SO ORDERED.**

**DATED: April 5, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**