IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLENN CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:16-cv-98-NJR-DGW |
| ) | |
| DR. COE, NURSE PHILLIPE, and DR. ) FERGNOLIO, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion to Supplement the Complaint filed by Plaintiff on April 22, 2016 (Doc. 32), the Motion to Amend filed by Plaintiff on April 22, 2016 (Doc. 33), and the Motion for Discovery filed by Plaintiff on April 26, 2016 (Doc. 34).

Plaintiff seeks to supplement his Complaint in order to provide a response, dated January 5, 2016, to a grievance that is dated July 20, 2015 (Doc. 32). This document is evidence that may be relevant at trial or in response to a motion for summary judgment on the issue of exhaustion. Such evidence need not be filed with the Court at this time. On April 6, 2016, this Court entered a Scheduling Order setting forth a deadline, May 25, 2016, for Defendants to file a Motion for Summary Judgment on the exhaustion of administrative remedies (Doc. 29). The deadline for filing dispositive motions (on Plaintiff's underlying claims) is March 31, 2017. If Plaintiff believes that these documents are necessary to support either the underlying claims in this lawsuit, or his contention that he exhausted his administrative remedies, the document should be attached to a response to a motion for summary judgment on those issues. Or the document can be presented at trial, if relevant and admissible. Accordingly this Motion to Supplement the

Complaint (Doc. 32) is **DENIED**.

Plaintiff also seeks to amend his complaint to add new claims against J. Caruso, a med tech or doctor, and Warden Plifter, both employed at the Pontiac Correctional Center. Plaintiff states that he notified these persons about his injuries, namely that he suffers from anemia. Federal Rule of Civil Procedure 15 provides that leave to amend should be freely granted. However, Local Rule 15.1 requires a Plaintiff to provide an *entire amended pleading* that sets forth every claim for relief against every defendant in a manner consistent with Federal Rule of Civil Procedure 8. Plaintiff may refile this motion along with a copy of an entire proposed amended complaint. The Motion to Amend (Doc. 33) is **DENIED WITHOUT PREJUDICE**.

Finally, Plaintiff seeks various documentary evidence. Such requests should be served upon Defendants and need not be filed with the Court. In this one instance, the Court will deem the requests served on April 26, 2016, the date they were filed. In the future, Plaintiff should mail such requests to Defendants' attorney. The Motion for Discovery (Doc. 34) is **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

**DATED: May 5, 2016**

                              **DONALD G. WILKERSON**
                              **United States Magistrate Judge**